IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Joel Solano, individually and on behalf of other employees similarly situated, Plaintiffs<br><br>v.<br><br>Roins Produce, Inc., and John Tsekos, individually, Defendants. | Case No. 1:16-cv-7005<br><br><br>Hon. Judge Gettleman |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

Respectfully submitted,

/s/ Raisa Alicea
Raisa Alicea
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646

/s/ Frank J. Del Barto
Frank J. Del Barto
Masuda, Funai, Eifert & Mitchell, Ltd.
200 N. Martingale Rd., Suite 800
Schaumburg, IL 60173